# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| GEORGE RUFF, et al. ) | |
| Plaintiffs, ) | |
| vs. ) | Case No. 00 C 7337 |
| PARTNERS LIQUIDATING TRUST, ) | The Honorable Ian H. Levin |
| Defendant. ) | |
| PARTNERS LIQUIDATING TRUST, ) | |
| Counter-Plaintiff ) Third Party Plaintiff ) | |
| vs. ) | |
| STEPHEN BERINI, et al. ) | |
| Counter-Defendants, ) | |
| -and- ) | |
| NEIL HANSEN, et al. ) | |
| Third Party Defendants. ) | |

**FILED OCT 31 2003 MAGISTRATE JUDGE IAN H. LEVIN UNITED STATES DISTRICT COURT**

**DOCKETED NOV 03 2003**

## STIPULATION TO CONSENT JUDGMENT

Plaintiff, Allen R. Seeland ("Seeland") and Defendant/Counter-Plaintiff Partners Liquidating Trust (the "Trust"), hereby stipulate and agree to entry of a consent judgment in a form attached hereto.

By: _/s/ Allen R. Seeland_
Allen R. Seeland
1181 County Road
800E
Champaign, IL 61821

Partners Liquidating Trust

By: _/s/ Timothy M. Block_
Timothy M. Block
Robins, Kaplan, Miller & Ciresi, LLP
800 LaSalle Ave
2800 LaSalle Plaza
Minneapolis, Minnesota 55402

149